**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aloe Vera of America, Inc., et. al., ) | No. CV 99-1794-PHX-JAT |
| Plaintiffs, ) | **WRITTEN OPINION & ORDER** |
| vs. ) | |
| United States of America, ) | |
| Defendant. ) | |

Pending before this Court is Plaintiffs' Motion to Assist in Letter Rogatory Proceedings (Doc. #448) and Plaintiffs' Unopposed Motion for Expedited Consideration (Doc. #447). On October 11, 2005, the Court in Japan, while honoring this Court's request for assistance, made a ruling on a claim of privilege. The Japanese Court relied on, interpreted, and applied, Japanese law in making this ruling (which pertains to the deposition of a Japanese witness, in Japan, who is testifying based on a Japanese subpoena). *See* Doc. #448, page 2, paragraph 4. Plaintiffs do not like the ruling and intend to appeal to (presumably) the appropriate Japanese court on November 2, 2005. In furtherance of this appeal, Plaintiffs seek to have this Court issue an Order on this issue.

Plaintiffs first seek to have this Court tell the Japanese court to apply Ninth Circuit law - which would seem highly unusual for a Japanese Court ruling on a Japanese privilege asserted under Japanese law by a Japanese witness. Assuming *arguendo* that

1  this Court had the power to do so, this Court will not direct the Courts of Japan as to what
2  law they should apply.
3      Alternatively, Plaintiffs seek to have this Court apply the Japanese law and advise
4  the Japanese Court that it was incorrect in its application of its own law.  Neither comity,
5  nor common sense, can permit such an Order.  This Court does not sit as an intermediate
6  appellate court of the Courts of Japan, which everyone in this case already knows.
7  Plaintiff corporation chose to do business in a foreign country, and must therefore
8  operate, even in litigation, under the laws and rules of that country.
9      Accordingly,
10      **IT IS ORDERED** that the request for expedited ruling (Doc. #447) is granted;
11      **IT IS FURTHER ORDERED** that the Motion to Assist in Letter Rogatory
12  Proceedings (Doc. #448) is denied.
13      DATED this 31st day of October, 2005.

                                              James A. Teilborg
                                              United States District Judge