WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aloe Vera of America Inc., et al., | No. CV-99-01794-PHX-JAT |
| Plaintiffs, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

Pending before the Court is the parties' Joint Motion to Extend Time to Exchange Marked Copies of Exhibits and to Set Dates for Certain Pretrial Motions (Doc. 632). The Court finds that the parties have shown good cause for some of their proposed alterations to the Order Setting Final Pretrial Conference (Doc. 629). The Court rejects the parties' stipulation as to the filing of motions in limine because motions in limine are unnecessary for a bench trial. The Court also sets an evidentiary hearing on the Motion to Exclude Plaintiffs' Expert Witness Watanabe from Trial (Doc. 630).

Accordingly,

**IT IS ORDERED** granting in part and denying in part the Joint Motion to Extend Time to Exchange Marked Copies of Exhibits and to Set Dates for Certain Pretrial Motions (Doc. 632).

**IT IS FURTHER ORDERED** that the parties shall exchange trial exhibit lists on or before May 23, 2014.

**IT IS FURTHER ORDERED** that the parties shall exchange marked copies of all trial exhibits on or before June 6, 2014.

1 **IT IS FURTHER ORDERED** that the parties may not file any motions in limine.

2 **IT IS FURTHER ORDERED** that the parties shall file any motions to exclude expert testimony on or before May 2, 2014, with responses due fourteen days after a motion is filed. Replies may not be filed. Motions and responses must comply with LRCiv 7.2(e).

**IT IS FURTHER ORDERED** that the lead attorney for each party shall attend the Final Pretrial Conference on June 25, 2014 at 11:00 a.m. (to be held at 401 W. Washington Street, Phoenix, Arizona, Courtroom 503). All other attorneys may appear telephonically.

**IT IS FURTHER ORDERED** setting an evidentiary hearing on the United States' Motion to Exclude Plaintiffs' Expert Witness Watanabe from Trial (Doc. 630) for June 25, 2014, at 1:30 p.m (to be held at 401 W. Washington Street, Phoenix, Arizona, Courtroom 503).

Dated this 29th day of April, 2014.

James A. Teilborg
Senior United States District Judge